■ BROOKLYN UNION GAS COMPANY, Respondent, v CITY OF NEW YORK et al., Appellants.—Appeal by the defendant from an order and judgment (one paper) of the Supreme Court, Richmond County, dated April 9, 1985.

Ordered that the order and judgment is affirmed, without costs or disbursements, for reasons stated by Justice Kuffner in his memorandum decision dated October 1, 1984. Mangano, J. P., Brown, Kunzeman and Spatt, JJ., concur.